In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-25-00349-CV
_____

**NATALIE ANDERSON, Appellant**

**V.**

**KYLE ANDERSON, AS INDEPENDENT EXECUTOR OF THE ESTATE OF JOHN WILLIAM ANDERSON III, DECEASED, AND KYLE ANDERSON, INDIVIDUALLY, Appellees**

_____

**On Appeal from the Probate Court No. 1**
**Montgomery County, Texas**
**Trial Cause No. 23-33538**
_____

**MEMORANDUM OPINION**

On September 22, 2025, Natalie Anderson filed a notice of appeal from a final judgment signed on August 21, 2025. Upon receiving the notice of appeal from Appellant, the Clerk of the Court issued an invoice for the filing fee for the appeal. By letter dated November 6, 2025, we notified the parties that Appellant had not paid the filing fee as directed in our letter and invoice previously forwarded to Appellant. A Certified Bill of Costs for the filing fee was enclosed and provided to

1

Appellant. We warned Appellant in our letter dated November 6, 2025, that unless the filing fee was paid, the appeal would be dismissed without further notice on any date after Friday, November 21, 2025. *See* Tex. R. App. P. 42.3(c). As of this date, Appellant has failed to pay the filing fee as directed by this Court.

On December 19, 2025, the County Clerk notified the Court that Appellant had failed to pay or to make the arrangements necessary for the County Clerk to prepare the clerk's record. We notified the parties that Appellant had not established indigent status, and that the clerk's record had not been filed due to Appellant's failure to pay or to arrange to pay the fee required to prepare the clerk's record. We warned Appellant that the appeal would be dismissed for want of prosecution unless Appellant established that she had made the arrangements required to pay the fee or that she needed more time to do so. *See id*. 37.3(b). After the Clerk of this Court sent the parties a letter warning of the consequences of a failure to take the action necessary to file the clerk's record, the Court did not receive a response.

Appellant has not paid the filing fee for the appeal, nor has she explained why she has not paid the fee for the clerk's record; therefore, we dismiss the appeal for want of prosecution. *Id*. 5, 42.3(c), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 11, 2026
Opinion Delivered March 12, 2026
Before Golemon, C.J., Wright and Chambers, JJ.

2